IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY FINNEY,

    Plaintiff,                                 No. 2:12-cv-2805-EFB P

    vs.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.                             <u>ORDER</u>

       On November 15, 2012, plaintiff, a prisoner without counsel, filed a complaint in this action. To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed in forma pauperis.

       On November 26, 2012, plaintiff filed a request for confirmation that his complaint had been filed and an endorsed copy of the complaint. *See* Dckt. No. 3. Good cause appearing, the Clerk will be directed to send plaintiff a one-time courtesy copy of his complaint filed November 15, 2012.

////

////

Accordingly, it is hereby ORDERED that:

1. Plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a).

2. The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis and a copy of his complaint, Dckt. No. 1.

3. Failure to comply with this order will result in a recommendation that this action be dismissed.

SO ORDERED.

Dated: November 28, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE