UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY FINNEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | No. 2:12-cv-2805-TLN-EFB PS<br><br><br><br>ORDER |

On October 28, 2013, defendant requested an extension of time to file a response to plaintiff's motion for discovery, motion to expand and correct the record, and request for copies. S*ee* Fed. R. Civ. P. 6(b).

Good cause appearing, it is ORDERED that defendant's October 28, 2013 request for an extension of time (ECF No. 30) is granted and defendant shall file its response to plaintiff's motions on or before November 20, 2013.

SO ORDERED.

DATED: October 31, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE