UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY FINNEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | No.  2:12-cv-2805-TLN-EFB PS<br><br><br>ORDER |

　　　　On November 19, 2013, defendant requested a second extension of time to file a response to plaintiff's motion for discovery, motion to expand and correct the record, and request for copies.  S*ee* Fed. R. Civ. P. 6(b).

　　　　Good cause appearing, it is ORDERED that defendant's November 19, 2013 request for an extension of time is granted and defendant shall file its response to plaintiff's motions on or before December 11, 2013.

　　　　SO ORDERED.

DATED:  November 21, 2013.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE