UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY FINNEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | No. 2:12-cv-2805-TLN-EFB PS<br><br><br>ORDER |

On March 14, 2014, the undersigned issued findings and recommendations recommending that defendant's motion for summary judgment be granted. ECF No. 44. Although plaintiff was provided 14 days to file objections to the findings and recommendations, no objections were filed. On March 31, 2014, the assigned district judge adopted the findings and recommendations, granted defendant's motion for summary judgment, closed the case, and entered judgment accordingly. ECF Nos. 45, 46.

Notwithstanding that judgment, plaintiff has subsequently filed a motion for an extension of time to file objections to the March 14 findings and recommendations. ECF No. 48. Plaintiff's recent filing does not constitute a proper request for reconsideration or appeal of the March 31, 2014 order and judgment. Therefore, the document will be disregarded. Plaintiff is advised that the court will disregard and issue no response to any future filings in this closed case.

1    Accordingly, it is hereby ORDERED that plaintiff's post-judgment filing, ECF No. 48, is
2 disregarded.
3    SO ORDERED.
4 DATED: April 22, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE