UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY FINNEY,<br><br>        Plaintiff,<br><br>   v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>        Defendant. | No.  2:12-cv-2805-TLN-EFB PS<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT** |

This matter is before the Court pursuant to Plaintiff Stanley Finney's ("Plaintiff") Motion for Relief from Judgment pursuant to Federal Rule of Civil Procedure 60(b).  (ECF No. 50.) Plaintiff asserts that this Court erred in adopting Magistrate Judge Brennan's Findings and Recommendations ("F&R's") because the fourteen-day objection period had not expired.  More specifically, although the F&R's were filed on the Court's electronic docketing system on March 14, 2014, Plaintiff alleges that he did not receive the F&R's until March 18, 2014, and thus the Court's order adopting the F&R (ECF No. 45) was executed one day early.

The Court notes that even if it did adopt the F&R's a day early, no objections to the F&R's have been filed.  Furthermore, Plaintiff did not request an extension of time to do so until April 9, 2014, more than fourteen days after Plaintiff alleged he was served.  (*See* ECF No. 48.) However, in an effort to afford Plaintiff an opportunity to be heard, the Court hereby **reopens this**

1

**case for a period of thirty (30) days from the entry of this order** to allow Plaintiff to file objections. Should Plaintiff fail to file objections within this time frame, this case shall be closed.

    IT IS SO ORDERED.

Dated: May 9, 2014

_____
Troy L. Nunley
United States District Judge

2